UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF
FLORIDA WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                                  Chapter 7

ERIC L. BLOOM,                                                  CASE NO.: 13-34871-EPK

            Debtor.
_____/

**CORRECTED CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of Motion for Robert D. Gordon, Receiver for Legisi Marketing, Inc., Gregory N. McKnight, and Legisi Holdings, LLC, for Order (I) Granting Releif From the Automatic Stay to Liquidate Claims in Pending FINRA Arbitration and (II) Staying Adversary Proceeding *were served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on February 3, 2014 and sent via US Mail to the names listed below:*

VIA U.S. MAIL, FIRST CLASS

Eric E. Bloom
5934 Glenbrook Way
Boca Raton, FL

Joe M. Grant, Esq.
Marshall Socarras Grant
197 S Federal Hwy., Suite 300
Boca Raton, FL 334332

Dated: February 7, 2014.

By:  /s/ Daniel DeSouza
    Daniel DeSouza, Esq.
    Florida Bar No. 19291
    Becker & Poliakoff, P.A.
    1 East Broward Blvd., Suite 1800
    Ft. Lauderdale, FL 33312
    Phone: (954) 985-4116
    Fax: (954) 985-4176
    Email: DDesouza@bplegal.com

*Attorneys for Robert D. Gordon*

      I hereby certify that on February 3, 2014, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

                                                                   /s/ Daniel DeSouza
                                                                   Daniel DeSouza

ACTIVE: G20648/350351:5452224_1